IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Quon Wilson,<br><br>                Plaintiff,<br><br>      v.<br><br>Carl Buddig and Company,<br><br>                Defendant. | Case No. 1:21-cv-02527<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Jeffrey Cole |

## **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OF EMPLOYMENT DISCRIMINATION**

Pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure, Defendant Carl Buddig and Company ("Carl Buddig" or the "Company"), respectfully moves this Court for an Order dismissing, with prejudice, Plaintiff's Complaint of Employment Discrimination (the "Complaint"). Plaintiff's Complaint should be dismissed because Plaintiff failed to exhaust his administrative remedies by not timely filing a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"). Furthermore, even if Plaintiff had timely exhausted his administrative remedies, the Complaint still should be dismissed because it fails to state a cognizable claim of retaliation, as the Complaint lacks any factual detail whatsoever and thus fails to put Carl Buddig on notice as to the grounds for Plaintiff's retaliation claim. Accordingly, Plaintiff's Complaint of Employment Discrimination should be dismissed with prejudice. In support of this Motion, Carl Buddig files herewith a Memorandum of Law.

Dated: August 30, 2021	Respectfully submitted,

**CARL BUDDIG AND COMPANY**

By: /s/ *Alexis M. Dominguez*
    One of Its Attorneys

Jason C. Kim (jkim@nge.com)
Alexis M. Dominguez (adominguez@nge.com)
Alissa J. Griffin (agriffin@nge.com)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois  60602-3801
(312) 269-8000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 30, 2021, he served a copy of the foregoing **Defendant's Motion to Dismiss Plaintiff's Complaint of Employment Discrimination** to be served pursuant to the Court's ECF system and via U.S. Mail and email on the following party of record:

> Quon Wilson
> 10720 S. Eberhart
> Chicago, IL 60628
> quonwilson85@gmail.com

>> /s/ *Alexis M. Dominguez*
>> One of the Attorneys for Defendant